



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

**Molly C. Dwyer**
**Clerk of Court**

**(415) 355-8000**

April 21, 2008

To:     Robert Appert
From:   Molly C. Dwyer, Clerk of Court
        By: Synitha Fuller, Deputy Clerk

Re:     05-56452    Molski, et al v. Evergreen Dynasty, et alCV-04-00450-ER

We have received your cost bill in the above case; it is deficient and cannot be processed as submitted.

Please remedy the deficiency and submit a verified original and one copy of an amended cost bill, with proof of service on opposing parties, within 14 days of the date of this notice.

Direct the corrected documents to the court's Operations Assistants Unit.

IF THE AMENDED COST BILL IS NOT RECEIVED WITHIN 14 DAYS, THE COSTS MAY BE DENIED.

Please refer to Fed. R. App. P. 39 and Ninth Cir. R. 39-1 for further information.

1.     ( )    You have not provided proof of service that fulfills the requirements of Fed. R. App. P. 25(d), showing the name, date, and manner of service, and the names and addresses of those served.

2.     ( )    The cost bill has not been verified.  Please submit and serve signed copies.

3.     ( )    Costs were not requested on Form 10, Appendices of Forms, Circuit Rules, United States Court of Appeals for the Ninth Circuit.  See 9th Cir. R. 39-1.1. Please resubmit your request using the required form.

4. (X) Attorney Fees **cannot** be requested on this form. Bill of cost is untimely.

4.    ( )    Other: