**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAREK MOLSKI; DISABILITY RIGHTS ENFORCEMENT EDUCATION SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　　　　*Plaintiffs-Appellants,*<br><br>　　　　v.<br><br>EVERGREEN DYNASTY CORP., d/b/a MANDARIN TOUCH RESTAURANT; BRIAN MCINERNEY; KATHY S. MCINERNEY, as joint tenants,<br><br>　　　　　*Defendants-Appellees.* | No. 05-56452<br>D.C. No.<br>CV-04-00450-ER<br>Central District of California,<br>Los Angeles<br>ORDER |

Filed April 22, 2008

Before: Jerome Farris and Ronald M. Gould, Circuit Judges,
and Kevin Thomas Duffy,* District Judge.

---

**ORDER**

The order denying the Petition for Rehearing En Banc in this case, filed on April 7, 2008, is amended as follows:

In the second paragraph, the first full sentence is deleted and is replaced with the following text: "The full court has been advised of Plaintiff/Appellant's Petition for Rehearing En Banc, and a judge of this court requested a vote on whether this case should be reheard en banc; however, a

---

*The Honorable Kevin Thomas Duffy, Senior United States District Judge for the Southern District of New York, sitting by designation.

majority of the non-recused active judges of the court did not vote in favor of en banc consideration."

A sentence is added at the end of the order stating: "Judges Graber and Fisher were recused from considering the en banc issues in this case and did not participate in the court's decision."

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2008 Thomson/West.