**FILED**

MAY 08 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAREK MOLSKI; DISABILITY RIGHTS ENFORCEMENT EDUCATION SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>EVERGREEN DYNASTY CORP., d/b/a MANDARIN TOUCH RESTAURANT BRIAN MCINERNEY; KATHY S. MCINERNEY, as joint tenants,<br><br>        Defendants - Appellees. | No. 05-56452<br><br>D.C. No. CV-04-00450-ER<br>Central District of California,<br>Los Angeles<br><br><br>ORDER |

Before: FARRIS and GOULD, Circuit Judges, and DUFFY,[*] Senior District Judge.

    Defendant/Appellee Evergreen Dynasty Corporation's motion for attorney's fees is **DENIED.**

---

    [*]     The Honorable Kevin Thomas Duffy, Senior United States District Judge for the Southern District of New York, sitting by designation.