# FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 22 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

JAREK MOLSKI; DISABILITY RIGHTS
ENFROCEMENT EDUCATION
SERVICES: HELPING YOU HELP
OTHERS, a California public benefit
corporation,

         Plaintiffs - Appellants,

  V.

EVERGREEN DYNASTY CORP., d/b/a
MANDARIN TOUCH RESTAURANT
BRIAN MCINERNEY; KATHY S.
MCINERNEY, as joint tenants,

         Defendants - Appellees.

No.   05-56452
D.C. No.  CV-04-00450-ER
Central District of California, Los
Angeles

**MANDATE**

The judgment of this Court, entered 8/31/07,  takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court


By: Gabriela Van Allen
Deputy Clerk